UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHLEEN WIGGS-STAYNER,

    Plaintiff,

v.      Case No: 8:20-cv-1244-T-36SPF

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 23). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 23).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on October 7, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record